CHRISTOPHER J. CHRISTIE
United States Attorney
By: Joseph Mack
Assistant United States Attorney
970 Broad Street, 7th Floor
Newark, New Jersey  07102
(973) 645-2700

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Hon. William H. Walls |
| v. | : | Criminal No. 06-304 (WHW) |
| JASON LOFTON | : | CONSENT JUDGMENT AND FINAL ORDER OF FORFEITURE |

This matter having been opened to the Court by Christopher J. Christie, United States Attorney for the District of New Jersey, (Assistant United States Attorney Joseph Mack, appearing), for the entry of a consent judgment and final order of forfeiture, and defendant JASON LOFTON (Dennis D.S. McAlevy, appearing) having consented to the judgment; and the Court having found that:

**WHEREAS** on September 26, 2007, the Grand Jury returned a Superseding Indictment charging the Defendant with a violation of Title 18, United States Code, Section 922(g)(1), a violation of Title 26, United States Code, Sections 5861(d) and 5871, and further whereas a forfeiture allegation was included in the Superseding Indictment, providing that upon conviction of the offenses in violation of Title 18, United States Code, Section

922(g)(1), and Title 26, United States Code, Section 5861(d), the Defendant shall forfeit to the United States one (1) 20-gauge shortened shotgun bearing no serial number and three (3) 20-gauge shotgun shells (the "Property");

**WHEREAS** on November 21, 2007, the Defendant was convicted after a jury trial on both counts of the Superseding Indictment; and the Court having found that:

**WHEREAS,** by virtue of the above, the United States is now entitled to possession of the Forfeited Property pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure; and for good and sufficient cause shown;

**WHEREAS,** defendant, JASON LOFTON, through his counsel, Dennis D.S. McAlevy, has agreed not to contest the forfeiture of the above-referenced property;

It is hereby **ORDERED, ADJUDGED AND DECREED:**

1. That the Property, specifically:

(A) one 20-gauge shortened shotgun bearing no serial number; and

(B) three 20-gauge shotgun shells are to be held by any authorized agency of the United States in its secure custody and control;

2. That pursuant to applicable law the United States forthwith shall publish at least once for three successive weeks

2

in a newspaper of general circulation, notice of this Order, notice of the United States' intent to dispose of the Forfeited Property in such manner as the Attorney General may direct and notice that any person, other than the defendant, having or claiming a legal interest in the Forfeited Property must file a petition with the court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier;

    3.    That this notice: (a) shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Forfeited Property; (b) shall be signed by the petitioner under penalty of perjury, and (c) shall set forth the nature and extent of the petitioner's right or interest in the Forfeited Property and any additional facts supporting the petitioner's claim and the relief sought;

    4.    That the United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the Forfeited Property that is the subject of this Judgment and Final Order of Forfeiture, as a substitute for published notice as to those persons so notified; and

5. That upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture authorizing the United States to destroy the Property.

**ORDERED** this _____ day of _____, 2008.

_____
HONORABLE William H. Walls
United States District Judge

CHRISTOPHER J. CHRISTIE
UNITED STATES ATTORNEY

_____          _____, 2008
By: Joseph Mack                       Dated
Assistant U.S. Attorney


_____          5/21, 2008
Dennis D.S. McAlevy, Esq.             Dated
Counsel for the Defendant

4